UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA    )    MAGISTRATE NO.    26-1044

V.    )    CRIMINAL ACTION

Jah-Nay Alvarez    )    ORDER FOR CONTINUANCE
    )    PRETRIAL DIVERSION
    )    PROGRAM

This matter having been opened to the Court by
attorney for defendant, for an Order granting a continuance of the above-captioned proceeding to
allow the United States to properly review and process the defendant's application for the Pretrial
Diversion Program, and the Special Assistant United States Attorney, having consented to the form
and entry of this Order, and for good and sufficient cause shown.

It is on this    25    day of    June    , 2026

ORDERED that this action is continued to ___August 20ᵗʰ, 2026___
for the following reasons:

1. Defendant is currently under consideration for the Pretrial Diversion Program and time is
necessary for the review and processing of his/her application;

2. Pursuant to 18 U.S.C. 3161(h)(8), the end of justice served by granting the continuance
outweigh the best interest of the public and the defendant in a Speedy Trial.

IT IS FURTHER ORDERED that the period between the date of this Order and the continued
date shall be excludable in computing time under the Speedy Trial Act of 1974.

CONSENT:

_____
Defendant

_____
Defense Counsel

_____
Assistant U.S. Attorney

_____
Honorable Andrea Dechenne Bergman
U.S. Magistrate Judge

_____
Date    June 25, 2026